AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ RHODE ISLAND

DIRECTTV, INC.

V.

TIMOTH CONNICK

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

05-mc-10183

Case Number: CA 04-253L

I, __DAVID A. DIMARZIO_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __11/22/04__, as it
                                                                                                                                    Date
appears in the records of this court, and that

\* __No Norice of Appeal from this Judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.__

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

April 26, 2005                                              David A. DiMarzio
_____                                                 _____
Date                                                        Clerk

                                                            _[signature]_
                                                            (By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

DirectTV, Inc.

VS.                               C.A. No. 04-253L

Timothy Connick

### DEFAULT JUDGMENT

[   ]   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ x ]   Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

DEFAULT JUDGMENT is entered against Timothy Connick in the amount of $41,687.60 ($40,000.00 plus $1,475.00 attorneys fees and $212.60 in costs), plus post judgment interest at the legal rate in effect to accrue thereon from the date of this judgment forward until paid.

The defendant is permanently enjoined from committing or assisting in the commission of any violation of the Cable Communications Policy Act of 1984, as amended, 47 USC §605 or committing or assisting in the commission of any violation of 18 USC §2511.

*[signature]*
Deputy Clerk

November 22, 2004

Attest to True Copy
DAVID A. DIMARZIO
By *[signature]*
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DIRECTV, INC.<br>  Plaintiff,<br><br>v.<br><br>TIMOTHY CONNICK<br>  Defendant. | :<br>:<br>:<br>:  C.A. No. 04-253 L<br>:<br>:<br>: |

### ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

This matter came on for hearing before the Court, the Honorable Judge Ronald R. Lagueux, presiding on the 18th day of November 2004, on Plaintiff, DIRECTV, Inc.'s Motion for Entry of Default Judgment against Defendant, TIMOTHY CONNICK. After considering the request, the affidavit and other evidence on file, it is

### ORDERED ADJUDGED AND DECREED

1. That default judgment shall enter on Counts II and IV of the Complaint against Defendant, TIMOTHY CONNICK, in the total sum of $40,000.00, along with costs and disbursements in the amount of $212.60 and attorney fees in the amount of $1,475.00, amounting in all to the sum of $41,687.60 plus post judgment interest at the legal rate in effect to accrue thereon from the date of this judgment forward until paid; and, that Plaintiff shall have execution therefor;

2. That Defendant, TIMOTHY CONNICK, is permanently enjoined from committing or assisting in the commission of any violation of the Cable Communications Policy Act of 1984, as amended, 47 U.S.C. § 605, or committing or assisting in the commission of any violation of the Wiretap Act, 18 U.S.C. § 2511.

3. That Counts I and III are dismissed without prejudice.

ORDER:                                                     ENTER:

*[signature]*                                              *[signature] Ronald R. Lagueux*
                                                           Sr. USDJ
Date: November ___, 2004                                   Date: November __, 2004

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DIRECTV, Inc. | 04-253L |
| DEFENDANT | TYPE OF PROCESS |
| Timothy Connick | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Timothy Connick

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
15 Salisbury Street, Apt. 31, Tiverton, RI 02878

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Gardner H. Palmer, Jr.
Rodio & Brown, Ltd.
91 Friendship Street
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*[Received stamp: 2005 APR 13 A 8, U.S. MARSHAL'S OFFICE DISTRICT OF R.I.]*

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 401-274-4040
DATE: 4/12/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 70
District to Serve No. 70
Signature of Authorized USMS Deputy or Clerk: Edward R. Kawa
Date: 4/13/05

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): TIMOTHY CONNICK

Address (complete only if different than shown above):
15 SALISBURY ST.
TIVERTON, RI 02878
19:00   94 MILES

Date of Service: 4-18-05
Time: 1901 pm
Signature of U.S. Marshal or Deputy: C.A. Moore

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90.00 | $38.07 | | $128.07 | | $128.07 | |

REMARKS:
NO ONE HOME 4/14/05 1455 HRS C. MOORE (46 MILES) 48
DIDN'T HAVE ANY MONEY !!! C MOORE 4/18/05

*Tim Conn 4/18/05*

*Attest to True Copy DAVID A. DIMARZO By: [signature] Deputy Clerk*

(12)

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)

DC 11
Rev. 7/82

**WRIT OF EXECUTION**

# United States District Court

**DISTRICT** of Rhode Island

**TO THE MARSHAL OF:**
The United States District Court for the District of Rhode Island

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Timothy Connick
15 Salisbury Street, Apt. 31
Tiverton, RI   02878

**you cause to be made and levied as well a certain debt of:**

**DOLLAR AMOUNT**
$41,687.60 plus post judgment interest at the legal rate from November 22, 2004 until satisfied
CA:04-253L          and

In the United States District Court for the _____ District of Rhode Island,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Timothy Connick
15 Salisbury Street, Apt. 31
Tiverton, RI   02878

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

**PLACE** U.S. District Court
**DISTRICT** Rhode Island
**CITY** Providence, RI
**DATE** on or before 7/1/05

Witness the Honorable  Senior Judge Lagueux
(United States Judge)

**DATE** 4/1/05

**CLERK OF COURT**
(BY) DEPUTY CLERK [signature]

**RETURN**

**DATE RECEIVED** 4/12/05
**DATE OF EXECUTION OF WRIT** 4/18/05

This writ was received and executed.

**U.S. MARSHAL** BURTON STALLWOOD
**(BY) DEPUTY MARSHAL** C.A Moore